UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYL A. SCHLAPPI, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 2:10-cv-00113-RSL-JLW |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN MOORE, Warden, | ) | ORDER DENYING FEDERAL |
| | ) | HABEAS PETITION |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, petitioner's traverse, the Report and Recommendation of the Honorable John L. Weinberg, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1)  The Court approves and adopts the Report and Recommendation;

(2)  Petitioner's federal habeas petition (Docket 1) is DENIED and this action is DISMISSED with prejudice;

(3)  In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court declines to issue a certificate of appealability; and

ORDER                                                       1

(4)  The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable John L. Weinberg.

DATED this 1st day of September, 2010.

/s/ Robert S. Lasnik

ROBERT S. LASNIK
Chief United States District Judge

ORDER    2